ACCEPTED
01-15-00794-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 9:38:42 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00794-CV

**IN THE COURT OF APPEALS**
**FOR THE FIRST JUDICIAL DISTRICT OF TEXAS AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 9:38:42 AM
CHRISTOPHER A. PRINE
Clerk

**PENNY GALLIS,**
APPELLANT

**VS.**

**GEORGE PAPADOGIANNIS**
RESPONDENT

On appeal from the 245th Judicial District Court
Harris County, Texas | Cause No. 2011-30520

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

Appellant, **PENNY GALLIS,** files this motion for extension of time to file Appellant's Brief.

1.  Applicable Deadlines:

The reporter's record was filed on October 15, 2015. A portion of the clerk's record was filed on November 11, 2015. Another portion of the clerk's record appears to have been filed on November 20, 2015. According to the court of appeals' online records and notice sent to Appellant, Appellant's brief was due on December 14, 2015.

1

2. First Request for Extension of Time:

This is Appellant's first request for an extension of time to file her Appellant's Brief. **PENNY GALLIS** is asking for a 30-day extension from the date of this motion to file her Appellant's Brief, up to and including **January 14, 2016**.

3. Legal Authority for Extension of Time:

Pursuant to Texas Rule of Appellate Procedure 38.6(d), this Court is authorized to extend the time for filing a brief if a motion is filed in conformity with Texas Rule of Appellate Procedure 10.5, before or after the brief is due. This request is timely filed.

4. Reasons for Request for Extension of Time:

Attorney for Appellant needs additional time to prepare her brief and to complete her review of the record. Because additional portions of the record appear to have been filed on November 20, 2015, Appellant has not had 30 full days to review the entire record.

Further, attorney for Appellant is preparing for an oral argument to be held in the First Court of Appeals on December 15, 2015 in No. 01-15-00088-CV, *Mouton v. Christian Faith Missionary Baptist Church*.

## PRAYER

For the foregoing reasons, Appellant, **PENNY GALLIS** hereby requests that this Court grant an extension of the deadline to file her Appellant's Brief by 30 days from the date of this motion, up to and including **January 14, 2016.**

Respectfully submitted,

LAW OFFICE OF JANICE L. BERG

/s/ Janice L. Berg
State Bar No. 24064888
1314 Texas Avenue, Suite 1515
Houston, Texas 77002
Tel: 713-993-9100 | Fax: 713-225-0099
service@janiceberglaw.com
**ATTORNEY FOR APPELLANT,
PENNY GALLIS**

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for **PENNY GALLIS** made reasonable attempts to confer with all parties regarding whether they oppose this motion:

- On December 15, 2015, counsel for **PENNY GALLIS** made reasonable attempts to confer with Daniel Gray, counsel for Appellee, by email. As of the time of this motion, Mr. Gray has not yet responded to indicate whether or not he is opposed to this motion.

/s/ Janice L. Berg
Janice L. Berg

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all parties or counsel in accordance with the Texas Rules of Appellate Procedure on December 15, 2015 as follows:

Daniel Gray
Counsel for Appellee
Via Fax and E-Service

*/s/ Janice L. Berg*
Janice L. Berg